# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| May 20, 2005 | May 20, 2005 5:12 pm | USPS |

**INVENTORY MADE IN THE PRESENCE OF**

J.D. Tynan, T. Coram, F. Aponte, T. Brown, B. Diamond

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Clear cellophane

Vasaline

Large Baggie

3 bundles of suspected marijuana

1.7 oz.
1.7 oz.  } Approx.
1.9 oz.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

_J. D. T.___

Subscribed, sworn to, and returned before me this date.

_____ May 27, 2005
U.S. Judge or Magistrate            Date